

SEALED

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 3 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § **TO BE FILED UNDER SEAL** |
| | § |
| v. | § |
| | § |
| | § No. 7:10-CR-009-O |
| GUILLERMO LORENZO URISTA  (1) | § |
| NICOLAS GILBERT LEIJA, JR. (2) | § |
| ARMANDO RODRIGUEZ, JR. (3) | § |
| ABRAHAM SOCORRO GARCIA (4) | § **SEALED** |
| MARIO ESCOBAR, JR. (5) | § |
| JOHN THOMAS COSTON (6) | § |
| BEATRICE URISTA (7) | § |

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C. § 846; 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii),
and (b)(1)(C); and 18 U.S.C. § 2)

Beginning on or about December 2008 and continuing thereafter until the date of

this Indictment, in the Wichita Falls Division of the Northern District of Texas and

elsewhere, defendants, **Guillermo Lorenzo Urista, Nicolas Gilbert Leija, Jr.,**

**Armando Rodriguez, Jr., Abraham Socorro Garcia, Mario Escobar, Jr., John**

**Thomas Coston, and Beatrice Urista**, and others known and unknown to the Grand

Jury, did knowingly and intentionally combine, conspire, confederate, and agree to

engage in conduct in violations of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii), namely to

distribute 50 grams or more of a mixture of methamphetamine, a Schedule II controlled

substance, and 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

The Grand Jury alleges that each of Counts Two through Seventeen (inclusive) of this Indictment was committed as an overt act of the conspiracy.

In violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

Count Two
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about December 11, 2008, in the Wichita Falls Division of the Northern District of Texas, defendant, **Nicolas Gilbert Leija, Jr.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C.§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

## Count Three
### Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about December 16, 2008, in the Wichita Falls Division of the Northern District of Texas, defendant, **Nicolas Gilbert Leija, Jr.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Four</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about January 8, 2009, in the Wichita Falls Division of the Northern District of Texas, defendant, **Nicolas Gilbert Leija, Jr.,** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Five</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about February 4, 2009, in the Wichita Falls Division of the Northern District of Texas, defendant, **Nicolas Gilbert Leija, Jr.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

Count Six
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about February 4, 2009, in the Wichita Falls Division of the Northern District of Texas, defendant, **Nicolas Gilbert Leija, Jr.**, did knowingly and intentionally distribute five grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

<u>Count Seven</u>
Distribution of a Controlled Substance
(21 U.S.C. §841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about March 24, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendants, **Mario Escobar, Jr.,** and **Guillermo Lorenzo Urista**, did

knowingly and intentionally distribute five grams or more of methamphetamine, a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

<u>Count Eight</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about March 31, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendants, **Nicolas Gilbert Leija, Jr.**, **Armando Rodriguez, Jr.**, and

**Guillermo Lorenzo Urista**, did knowingly and intentionally distribute a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Nine</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about May 13, 2009, in the Wichita Falls Division of the Northern District

of Texas, defendants, **Mario Escobar, Jr.** and **Guillermo Lorenzo Urista**, did

knowingly and intentionally distribute five grams or more of methamphetamine, a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

Count Ten
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about June 1, 2009, in the Wichita Falls Division of the Northern District of

Texas, defendants, **Mario Escobar, Jr.** and **Guillermo Lorenzo Urista**, did knowingly

and intentionally distribute five grams or more of methamphetamine, a Schedule II

controlled substance.

In violation of 21 U.S.C. §841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

<u>Count Eleven</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about August 19, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendants, **Nicolas Gilbert Leija, Jr.** and **Abraham Socorro**

**Garcia**, did knowingly and intentionally distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Twelve</u>
Distribution of a Controlled Substance
(21 U.S.C.§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about August 26, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendant, **Abraham Socorro Garcia**, did knowingly and

intentionally distribute a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C.§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Thirteen</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about September 2, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendant, **Abraham Socorro Garcia**, did knowingly and

intentionally distribute a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Fourteen</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about September 21, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendant, **Abraham Socorro Garcia**, did knowingly and

intentionally distribute a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

Count Fifteen
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about December 10, 2009, in the Wichita Falls Division of the Northern

District of Texas, defendants, **Beatrice Urista** and **Guillermo Lorenzo Urista**, did

knowingly and intentionally distribute a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Sixteen</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about April 20, 2010, in the Wichita Falls Division of the Northern District

of Texas, defendant, **Guillermo Lorenzo Urista**, did knowingly and intentionally

distribute five grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

<u>Count Seventeen</u>
Distribution of a Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

On or about May 5, 2010, in the Wichita Falls Division of the Northern District of

Texas, defendant, **Guillermo Lorenzo Urista** and **John Thomas Coston**, did knowingly

and intentionally distribute five grams or more of methamphetamine, a Schedule II

controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for any of the offenses alleged in Counts One through Seventeen of this Indictment and pursuant to 21 U.S.C. § 853(a), defendants, **Guillermo Lorenzo Urista, Nicolas Gilbert Leija, Jr., Armando Rodriguez, Jr., Abraham Socorro Garcia, Mario Escobar, Jr., John Thomas Coston, and Beatrice Urista**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

1.   The real property located at 803 Wilbarger Street, Vernon, Wilbarger County, Texas.
     [concerning defendant **Beatrice Urista** and Counts One and Fifteen]

2.   The real property located at 809 Wilbarger Street, Vernon, Wilbarger County, Texas.
     [concerning defendant **Guillermo Lorenzo Urista** and Counts One, Seven, Eight, Nine, Ten, Fifteen, Sixteen, and Seventeen]

3.   The total proceeds obtained, directly or indirectly, as a result of the offense (commonly referred to as a "money judgment").
     [concerning all defendants and all Counts]

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of the above-referenced property subject to forfeiture, as a result of any act or omission of the defendant(s), cannot be located upon the exercise of due diligence; has been

transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendant(s) up to the value of the previously-described property subject to forfeiture.

The other property referenced includes, but is not limited to, the following:

4.      The real property located at 2401 Sherman Street, Vernon, Wilbarger County, Texas.
         [concerning defendants **Guillermo Lorenzo Urista** and **Beatrice Urista**]

5.      The real property located at 2403 Sherman Street, Vernon, Wilbarger County, Texas.
         [concerning defendants **Guillermo Lorenzo Urista** and **Beatrice Urista**]

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY


_____
JAY DEWALD
Assistant United States Attorney
Texas State Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214.659.8600
Facsimile:    214.767.4100
E-mail:       jay.dewald@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

GUILLERMO LORENZO URISTA  (1)
NICOLAS GILBERT LEIJA, JR. (2)
ARMANDO RODRIGUEZ, JR. (3)
ABRAHAM SOCORRO GARCIA (4)
MARIO ESCOBAR, JR. (5)
JOHN THOMAS COSTON (6)
BEATRICE URISTA (7)

SEALED INDICTMENT

21 U.S.C.§ 846; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),
and (b)(1)(C); and 18 U.S.C. § 2
Conspiracy To Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2
Distribution of a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Notice

17  Counts

A true bill rendered

_____
                                                    FOREPERSON

DALLAS

Filed in open court this ___3___ day of August, A.D. 2010.

_____

Warrants to be issued

---

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Magistrate complaint pending

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

SEALED

| | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: | |
| Search Warrant Case Number _____ | |
| R 20 from District of _____ | |
| Magistrate Case Number | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name    **GUILLERMO LORENZO URISTA**

   Alias Name    _____

   Address    _____

   County in which offense was committed:    WICHITA FALLS

   RECEIVED
   AUG - 3 2010
   3pm
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA  JAY DEWALD**    Bar #  **TX  24001990**

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

   **WARRANT TO BE ISSUED**

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: ____**8**____   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
   | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 7,8,9,10 15,16,17 |
   | 21 U.S.C.§ 853(a) | Forfeiture Notice | |

   Date  July 23, 2010    Signature of AUSA:_____
   **JAY DEWALD**

SEALED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information | | |
|---|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No | |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: | | |
| Search Warrant Case Number _____ | | |
| R 20 from District of _____ | | |
| Magistrate Case Number | | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name **NICOLAS GILBERT LEIJA, JR.**

   Alias Name _____

   Address _____

   County in which offense was committed: **WICHITA FALLS**

   RECEIVED
   AUG 3 2010
   3pm
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA  JAY DEWALD**     Bar #  **TX 24001990**

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

   **WARRANT TO BE ISSUED**

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **8**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 2,3,4,5 6, 8,11 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date  July 23, 2010

Signature of AUSA: _____

**JAY DEWALD**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No | |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ | |
| Search Warrant Case Number _____ | |
| R 20 from District of _____ | |
| Magistrate Case Number _____ | |

**1.    Defendant Information**

Juvenile:  ☐ Yes   ☒ No

If Yes, Matter to be sealed:

☐ Yes    ☒ No

Defendant Name        **ARMANDO RODRIGUEZ, JR.**

Alias Name        _____

Address        _____

County in which offense was committed:        WICHITA FALLS

RECEIVED
AUG − 3 2010
3pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**2.    U.S. Attorney Information**

**AUSA  JAY DEWALD**        Bar #  **TX  24001990**

**3.    Interpreter**

☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

**WARRANT TO BE ISSUED**

**4.    Location Status**

Arrest Date _____

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

**5.    U.S.C. Citations**

Total # of Counts as to This Defendant: ____**2**____    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 8 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date   July 23, 2010        Signature of AUSA:_____

**JAY  DEWALD**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Related Case Information

Superseding Indictment: ☐ Yes  ☒ No    New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number

1.  **Defendant Information**

Juvenile: ☐ Yes  ☒ No

If Yes, Matter to be sealed:

☐ Yes  ☒ No

Defendant Name        **ABRAHAM SOCORRO GARCIA**

Alias Name        _____

Address        _____

County in which offense was committed:    WICHITA FALLS

RECEIVED

AUG 3 2010
3pm

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.  **U.S. Attorney Information**

**AUSA  JAY DEWALD**        Bar #  **TX 24001990**

3.  **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

**WARRANT TO BE ISSUED**

4.  **Location Status**

Arrest Date _____

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: ____ **5** ____    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 11,12,13 14 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date   July 23, 2010        Signature of AUSA: _____

**JAY DEWALD**

SEALED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number

1.    **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☒ No

Defendant Name        **MARIO ESCOBAR, JR.**

Alias Name        _____

Address        _____

_____

County in which offense was committed:        WICHITA FALLS

RECEIVED

AUG 3 2010
3pm

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.    **U.S. Attorney Information**

**AUSA  JAY DEWALD**        Bar #  **TX 24001990**

3.    **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect:_____

**WARRANT TO BE ISSUED**

4.    **Location Status**

Arrest Date _____

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.    **U.S.C. Citations**

Total # of Counts as to This Defendant:  **4**    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 7, 9,10 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date  July 23, 2010        Signature of AUSA:_____

**JAY DEWALD**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

Related Case Information

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number

1.   **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☒ No

Defendant Name        **JOHN THOMAS COSTON**

Alias Name        _____

Address        _____

_____

County in which offense was committed:        WICHITA FALLS

RECEIVED

AUG 3 2010
3pm

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.   **U.S. Attorney Information**

**AUSA JAY DEWALD**        Bar # **TX 24001990** _____

3.   **Interpreter**

☐ Yes  ☒  No   If Yes, list language and/or dialect: _____

**WARRANT TO BE ISSUED**

4.   **Location Status**

Arrest Date _____

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: _____ **2** _____   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 17 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date   July 23, 2010        Signature of AUSA: _____

**JAY DEWALD**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☒ No

Defendant Name _____**BEATRICE URISTA**_____

Alias Name _____

Address _____

_____

County in which offense was committed:    WICHITA FALLS

RECEIVED
AUG - 3 2010
3 PM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.  **U.S. Attorney Information**

**AUSA JAY DEWALD**    Bar # **TX 24001990**

3.  **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect: _____

**WARRANT TO BE ISSUED**

4.  **Location Status**

Arrest Date _____

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: ____**2**____    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii);(b)(1)(C) 18 U.S.C. § 2 | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 2 | Distribution of a Controlled Substance | 15 |
| 21 U.S.C.§ 853(a) | Forfeiture Notice | |

Date   July 23, 2010    Signature of AUSA: _____

**JAY DEWALD**